William T. Brophy, Appellant, *v.* Export Steamship Corporation, Respondent, Impleaded with Others.

(Argued November 23, 1933; decided December 12, 1933.)

*Mark F. Hughes* and *Harold H. Corbin* for appellant.
*Edgar R. Kraetzer* for respondent.

Judgments reversed and new trial granted, with costs to abide the event, on the ground that the appellant's proof presented an issue of fact as to whether, in all the

circumstances of the case and under the most favorable inferences to be drawn therefrom, the respondent failed in its duty to exercise reasonable care to protect the appellant from injury. No opinion.

Concur: CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: POUND, Ch. J., and LEHMAN, J.